MARK JENNINGS 711938 SLF Lock:UNIT 1145BOTBL ID:1335492414 [P 1/1]

**You have received a jpay letter, the fastest way to get mail**

From    : MARK JENNINGS, ID: 711938
To :  Mark Jennings,  CustomerID: 21452339
Date :  11/17/2021 3:14:25 PM EST,    Letter ID: 1335492414
Location :  SLF
Housing :  UNIT 1145BOTBL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

MARK COLIN JENNINGS II
Plaintiff,

-v-                          Case No.
                             Hon.

Jane Doe, John Doe and Unknown Duncan,
sued in their personal capacities and
sued in their official capacities

Case: 2:21-cv-12938
Judge: Parker, Linda V.
MJ: Ivy, Curtis
Filed: 12-09-2021 At 09:45 AM
PRIS JENNINGS V. DOE ET AL (DA)

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

You have received a jpay letter, the fastest way to get mail

From   : MARK JENNINGS, ID: 711938
To :  Mark Jennings, CustomerID: 21452339
Date :  11/17/2021 3:14:27 PM EST,   Letter ID: 1335492429
Location :  SLF
Housing :  UNIT 1145BOTBL


Defendant's Information
Name: Ms. Unknown Duncan
Position: Correction Officer
Earnest Brooks Correctional Facility
Street/P.O. Box: 2500 S. Sheridan Drive
City: Muskegon Heights
State: Michigan
Zip Code: 49444


Are you suing this defendant in his/her: [X] Both Capacities
Are you suing more than one defendant? No

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

MARK JENNINGS 711938 SLF Lock:UNIT 1145BOTBL ID:1347252666 [P 1/2]

You have received a **jpay** letter, the fastest way to get mail

From    : MARK JENNINGS, ID: 711938
To :  Mark Jennings, CustomerID: 21452339
Date :  11/30/2021 9:05:11 PM EST,    Letter ID: 1347252666
Location :  SLF
Housing :  UNIT 1145BOTBL

I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment? Yes

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

Docket or Case Number: 4:13-cv-14015
Name of Court: U.S. District Court Eastern District of Michigan (Flint)
Parties (Caption or Name of Case): Petitioner/ Mark Colin Jennings II v. Respondent/Willie Smith
Disposition:  28:2254 Petition for Writ of Habeas Corpus (State) Appealed to the United States Court of Appeals for that Sixth Circuit under new Case number: 21-2609 , Mark Jennings v. Jodi DeAngelo

Docket or Case Number: 2:19-cv-10469-MAG-DRG
Name of Court: U.S. District Court Eastern District of Michigan (Detroit)
Parties (Caption or Name of Case): Petitioner/Mark Jennings v. Respondent/O.T. Winning
Disposition: Denied

Docket or Case Number: 5:17-cv-10111-JEL-DRG
Name of Court: U.S. District Court Eastern District of Michigan (Ann Arbor)
Parties (Caption or Name of Case): Plaintiff/Mark Colin Jennings II v. Defendant/ Lorraine Cheek , John/Jane Doe
Disposition: Dismissed

Docket or Case Number: 2:16-cv-11864-VAR-APP
Name of Court: U.S. District Court Eastern District of Michigan (Detroit)
Parties (Captions or Name of Case): Plaintiff/Mark C. Jennings II, Plaintiff/Cassandra E. Jennings v. Defendant/Andy Reyes (Child Protective Services), Defendant/Cindy Luberda (Police Officer), Defendant/Alan Nelson (Child Protective Services Worker), Defendant/Laura A. Henderson, Defendant/Doe
Disposition: Dismissed

Docket or Case Number: 2:16-cv-11915-SJM-RSW
Name of Court: U.S. District Court Eastern District of Michigan (Detroit)
Parties (Caption or Name of Case): Plaintiff/Mark C. Jennings II, v. Defendant/Noble (Deputy), Defendant/Ford (Deputy), Defendant/Babcock (Corrections Officer), Defendant/Jane Doe, Defendant/John Doe
Disposition: Dismissed

Docket or Case Number: 5:16-cv-11848-JCO-MKM
Name of Court: U.S. District Court Eastern District of Michigan (Ann Arbor)
Parties (Caption or Name of Case): Plaintiff/Mark C. Jennings II v. Defendant/Robert Hall (Police Officer), Defendant/Carrollton Twsp police Department, Defendant/Greg Otton (Police Chief), Defendant/Saginaw County Sheriffs Department, Defendant/Sewell (Deputy), Defendant/Philip Shuette (Deputy), Defendant/John Doe (Saginaw County Sheriff), Defendant/Mobile Medical Response, Defendant/1 DOE (Medical Response Employee), Defendant/2 DOE (Medical Response Employee), Defendant/Covenant Healthcare, Defendant/Doe (Doctor), Defendant/Doe (Nurse), Defendant/Michigan, State of, Defendant/Doe (Pharmaceutical Company)
Disposition: Dismissed

Docket or Case Number: No. 2016 U.S. Dist. LEXIS 70331(W.D. Mich. May 31, 2016)

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a jpay letter, the fastest way to get mail**

From    : MARK JENNINGS, ID: 711938
To :  Mark Jennings,  CustomerID: 21452339
Date :  11/30/2021 9:05:11 PM EST,    Letter ID: 1347252666
Location :  SLF
Housing :  UNIT 1145BOTBL


Name of Court: U.S. District Court Western District of Michigan
Parties (Caption or Name of Case): Plaintiff/Mark Colin Jennings II v. Defendant/Washington
Disposition: Settlement


Docket or Case Number: No. 2017 U.S. Dist. LEXIS 138369
Name of court: U.S. District Court for the Western District of Michigan
Parties (Caption or Name of Case): Plaintiff/Mark Colin Jennings II v. Defendant/Unknown Bennett.
Disposition: Dismissed


Docket or Case Number: No. 2016 U.S. Dist. LEXIS 153796 (W.D. Mich., Nov. 7, 2016)
Name of Court: U.S. District Court for the Western District of Michigan
Parties (Caption or Name of Case): Plaintiff/Mark Colin Jennings II v. Defendant/McQueeny
Disposition: Dismissed


Docket or Case Number: No. 2016 U.S. Dist. LEXIS 160032 (W.D. Mich. , Nov. 18, 2016)
Name of Court: U.S. District Court for the Western District of Michigan
Parties (Caption or Name of Case): Plaintiff/Mark Colin Jennings II v. Defendant/Crompton
Disposition: Dismissed

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a JPay letter, the fastest way to get mail**

From : MARK JENNINGS, ID: 711938
To : Mark Jennings, CustomerID: 21452339
Date : 11/17/2021 3:14:25 PM EST,   Letter ID: 1335492404
Location : SLF
Housing : UNIT 1145BOTBL

II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.

Include the names of other people, dates and places involved in the incident. Do not give any legal

argument or cite any cases or statues. If you intend to allege several related claims, number and set forth each claim on a separate 8 1/2" x 11 sheet of paper

and securely attach the papers to the back of this complaint.

1. On 2/16/21 at Earnest Brooks Correctional Facility on Tier C in the cell I shared with Isiah Michael

Ashcraft inmate number #307109. I was attacked by him.

2. I banged on the door and pushed the cell button to advise staff of this complaint.

3. Corrections Officer Duncan arrived at the cell and asked me what was wrong.

4. I told CO Duncan that inmate Ashcraft had attacked me and I wanted to be placed in protective custody.

5. CO Duncan stated I needed to come up with a better reason than that to go to protective custody.

6. When she said that Ashcraft began kicking in my sides of my ribcage while I was bent over on my knee's at the cell door.

7. When CO Duncan still wouldn't open the cell door he grabbed a lock and began beating me in the head with it.

8. CO Duncan still wouldn't open the cell door and quit talking to me.

9. Once inmate Ashcraft realised CO Duncan was not going to let me out of the room he began beating me

with the lock so bad it caused both sides of my brain to bleed. It also caused a large hematoma over my

right scalp and eyelid, resulting in my eye being swollen shut.

10. When inmate Ashcraft beat me with the lock so bad I was not able to block the attack with my arms or

hand's. He made me roll over on to my knee's and hands in the (doggie) sexual position. He pulled my

pants down low enough to place his penis in my rectum. Every time I tried to pull away he would hit me

in the head with the lock. While he was penetrating me with his penis in my rectum I was unable to

control my bowels and I defacated all over him and the clothes I was wearing.

11. I was taken to emergency room by Corrections Officers.

12. At some point I was taken to Mercy Health Muskegon. I was not aware of my surroundings or

that I had been beaten and raped.

13. I was taken to the prison hospital were I recalled what happened to me. I wrote a grievance that was

rejected. I also filed a prison rape elimination act complaint.

JPay Tell your friends and family to visit www.jpay.com to write letters and send money!

**You have received a jpay letter, the fastest way to get mail**

From : MARK JENNINGS, ID: 711938
To : Mark Jennings, CustomerID: 21452339
Date : 11/17/2021 3:14:25 PM EST, Letter ID: 1335492404
Location : SLF
Housing : UNIT 1145BOTBL

14. A alleged investigation was completed. It concluded on 8/11/21. But the conclusion found INSUFFICIENT EVIDENCE to support that the alleged sexual abuse or sexual harassment occurred. It should be pointed out no actual investigation occurred. The investigation never read any emergency medical records from Mercy Health Muskegon because it does not mention that I defacated all over my self from being penetrated in my anus. The emergency room had to clean up all the fecal matter before they could treat me.

15. I have exhausted all my available remedies with the Michigan Department of Corrections. I am confined to a mental health unit and a wheel chair permanently and suffer daily from headaches and back pain. Also my anus has not healed it still bleeds every time I use the bathroom to defacate.

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

MARK JENNINGS 711938 SLF Lock:UNIT 1145BOTBL ID:1335492385 [P 1/1]

You have received a jpay letter, the fastest way to get mail

From : MARK JENNINGS, ID: 711938
To : Mark Jennings, CustomerID: 21452339
Date : 11/17/2021 3:14:24 PM EST, Letter ID: 1335492385
Location : SLF
Housing : UNIT 1145BOTBL

III. RELIEF

State briefly and exactly what the Court to do for you.

1. I want the Court to order the Michigan Department of Corrections to permanently house me in a cell with no other prisoners. To not place me in a protection cell unless I want one. This is said so that I can be in placed population in my own cell to eliminate sexual or physical attacks by other prisoners.

2. I want the Court to order the Michigan Department of Corrections to permanently provide me with physical and mental health care for treatment from this physical and sexual attack.

3. I want the Court to order the Michigan Department of Corrections to compensate me $100,000.00 for personal damages for:

a). physical pain;

b). mental anguish;

c). fright and shock;

d). embarrassment, humiliation, sexual anal rape and mortification.

And Punitive damages of $1,000,000.00 because:

a). that the Defendants acted intentionally and purposefully to deprive the Plaintiff of his rights;

b). that the Defendants acted in a reckless disregard of and with callous indifference to the Plaintiff's rights: and

c). that the Defendants carried out actions that abused there official power, and took unfair advantage of the mentally ill Plaintiff.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on __December 8th, 2021__ (date).

_____
Signature of Plaintiff

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

You have received a **jpay** letter, the fastest way to get mail

From : MARK JENNINGS, ID: 711938
To : Mark Jennings, CustomerID: 21452339
Date : 11/17/2021 3:14:27 PM EST,   Letter ID: 1335492437
Location : SLF
Housing : UNIT 1145BOTBL


Official Use Only
Case Number:_____
Judge:_____
Magistrate Judge:_____


PRISONER CIVIL RIGHTS COMPLAINT


This form is for use by state prisoners filing under 42 42 U.S.C. sub sec 1983 and federal prisoners filing

 pursuant to Bivens v. Six Unknown
Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).


Plaintiff's Information
Name: Mark Colin Jennings II
Prisoner No. #711938
Place of Confinement: St. Louis Correctional Facility
Street: 8585 North Croswell Road
City: St. Louis
State: Michigan
Zip Code: 48880

Are there additional plaintiffs? No

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

Name Mark Jennings
Number 711938
Address St. Louis Correctional Facility
Address 8585 North Croswell Rd.
St. Louis, MI 48880

US POSTAGE $000.00⁰
ZIP 48880
02 1W
0003


© USPS 2019

Pris

4822632700 C052

RECEIVED
DEC 16 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

12/9/21

United States Court House
231 West Lafayette Blvd.
Detroit, MI 48226

